Signed and Filed: June 19, 2015

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>STEVEN JAY ECHTMAN,<br><br>        Debtor.<br><br>TRACY HOPE DAVIS,<br><br>        Plaintiff,<br><br>  v.<br><br>STEVEN JAY ECHTMAN,<br><br>        Defendant. | Case No. 14-31373 HLB<br><br>Chapter 7<br><br><br>Adv. Proc. No. 15-3013 HLB |

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS**

This matter came before the Court for a hearing on Defendant's Motion to Dismiss (the "Motion"). Appearances were as noted on the record. Upon due consideration, and for the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. The Motion is hereby **DENIED** as to Plaintiff's claim under 11 U.S.C. § 727(a)(2)(A).

2. The Motion is hereby **GRANTED** with leave to amend as to the issue of materiality only as to Plaintiff's claim under 11 U.S.C. § 727(a)(4).

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S
MOTION TO DISMISS - 1 -

3. Any amended complaint must be filed and served no later than 14 days following the entry of this order.

**\*\*END OF ORDER\*\***

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S
MOTION TO DISMISS

- 2 -

## Court Service List

Steven Jay Echtman
3745 Divisadero St #3
San Francisco, CA 94123