TRACY HOPE DAVIS
United States Trustee for Region 17
United States Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:  JULIE M. GLOSSON
     Trial Attorney (#230709)
     Email: Julie.m.glosson@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**STEVEN JAY ECHTMAN,**<br><br>　　　　　Debtor.<br>_____<br><br>TRACY HOPE DAVIS,<br>United States Trustee,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEVEN JAY ECHTMAN,<br><br>　　　　　Defendant.<br>_____ | Case No. 14-31373 HLB<br><br>Chapter 7<br><br><br><br><br>Adversary Proceeding No. 15-3013 |

## STIPULATION TO DISMISS BANKRUPTCY CASE AND ADVERSARY PROCEEDING

Tracy Hope Davis, the United States Trustee for Region 17 ("Plaintiff") by and through her attorney, and Steven Jay Echtman ("Defendant") (collectively "the Parties"), stipulate as follows and respectfully move the Court for approval of their Stipulation and entry of this Order, pursuant to 11 U.S.C. § 727 and Fed.R.Bank.P. 9019 and 7041.

The Parties hereby stipulate as follows:

STIPULATION TO DISMISS BANKRUPTCY CASE AND ADVERSARY PROCEEDING
BK 14-31373;AP 15-3013
1

1. Defendant commenced the underlying chapter 7 bankruptcy case on September 23, 2014.

2. Defendant has not received a discharge.

3. Plaintiff's complaint to deny Defendant a discharge was timely filed February 27, 2015 and it was properly served on Defendant. Adv. Docket #'s 1 and 4.

4. Plaintiff's amended complaint was filed on July 2, 2015, and thereafter served on Defendant. Adv. Docket #'s 21 and 22.

5. To date, Defendant has not filed an answer.

6. The facts and law that are the subject of this Adversary are not certain. The execution of this Stipulation by Defendant does not constitute an admission of liability or fault with respect to matters that were or could have been asserted in this Adversary. This Stipulation shall not be construed as findings of fact or conclusions of law with respect to the matters that were or could have been raised in this Adversary.

7. Defendant acknowledges that he has consulted or had the opportunity to consult with an attorney regarding this Stipulation.

8. Defendant and Plaintiff hereby stipulate to dismissal of this Adversary Proceeding and approval and entry of this Order approving this Stipulation.

9. The above bankruptcy case shall be dismissed, without entry of discharge for the Defendant, upon Court approval of the Order Dismissing Bankruptcy Case and Adversary Proceeding ("Order").

10. Defendant shall not file another bankruptcy case for 24 months following the entry of the Order. Any bankruptcy filed within that 24 month period in any jurisdiction shall be vacated as null and void.

**IT IS SO AGREED.**

Dated: August 27, 2015                    **Plaintiff Tracy Hope Davis,**
                                          **United States Trustee**

                                 By:      /s/ Julie M. Glosson
                                          Julie M. Glosson
                                          Trial Attorney
                                          Office of the United States Trustee
                                          235 Pine Street, Suite 700
                                          San Francisco, CA 94104


Dated: August 27, 2015                    **Defendant Steven Jay Echtman**



                                          /s/ Steven Jay Echtman
                                          Steven Jay Echtman

STIPULATION TO DISMISS BANKRUPTCY CASE AND ADVERSARY PROCEEDING
BK 14-31373;AP 15-3013
3