TRACY HOPE DAVIS
United States Trustee for Region 17
United States Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:    JULIE M. GLOSSON
       Trial Attorney (#230709)
       Email: Julie.m.glosson@usdoj.gov

Signed and Filed: November 24, 2015

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>**STEVEN JAY ECHTMAN,**<br>          Debtor. | Case No. 14-31373 HLB<br>Chapter 7 |
| TRACY HOPE DAVIS,<br>United States Trustee,<br>          Plaintiff,<br>v.<br>STEVEN JAY ECHTMAN,<br>          Defendant. | Adversary Proceeding No. 15-3013 |

**ORDER DISMISSING BANKRUPTCY CASE AND ADVERSARY PROCEEDING**

Pursuant to the Stipulation to Dismiss Bankruptcy Case and Adversary Proceeding ("Stipulation") by and between Plaintiff and Defendant and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED;

**IT IS HEREBY FURTHER** ORDERED that the bankruptcy case of In re STEVEN JAY ECHTMAN, case no. 14-31373 HLB, shall be dismissed without entry of discharge and the

ORDER DISMISSING BANKRUPTCY CASE AND ADVERSARY PROCEEDING     1

Debtor shall be barred from refiling another bankruptcy in any jurisdiction for a period of 24 months from the entry of this Order.

****END OF ORDER****

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | Steven Jay Echtman |
| 3 | 3745 Divisadero Street #3<br>San Francisco, CA 94123 |

ORDER DISMISSING BANKRUPTCY CASE AND ADVERSARY PROCEEDING      3